No. 73–631. HOWARD JOHNSON Co., INC. v. DETROIT LOCAL, JOINT EXECUTIVE BOARD, HOTEL & RESTAURANT EMPLOYEES & BARTENDERS INTERNATIONAL UNION, AFL–

CIO. C. A. 6th Cir. [Certiorari granted, 414 U. S. 1091.] Motion of petitioner for leave to file supplemental brief after argument granted.